152 A.3d 755

**BYROADE, Gerald Kent, Jr.**

**v.**

**STATE of Maryland**

**Pet. Docket No. 425, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 1110, Sept. Term, 2015)

Petition for writ of certiorari denied

∎

152 A.3d 755

**CALLAWAY, Charick S.**

**v.**

**STATE of Maryland**

**Pet. Docket No. 487, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 2668, Sept. Term, 2015)

Petition for writ of certiorari denied